**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
JOSE RODRIGO CARRERO RAMIREZ, *individually*
*and on behalf of others similarly situated,*

                                          *Plaintiff,*

                 -against-

HTNY 1, INC. (d/b/a/ HAPPY TUNA SUSHI &
CRISPY RICE), MOMOYA 5 INC. (d/b/a HAPPY
TUNA SUSHI & CRISPY RICE) MOMOYA 4 INC.
(d/b/a HAPPY TUNA SUSHI & CRISPY RICE
SOHO), KWANG HO LEE, and JENNIFER LEE,

                                          *Defendants,*
---------------------------------------------------------------X

Civil Action No. 25-CV-08878-RA

**JUDGMENT**

## <u>JUDGMENT</u>

On March 5, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That Plaintiff Jose Rodrigo Carrero Ramirez, has judgment against Defendants HTNY 1, Inc. (d/b/a/ Happy Tuna Sushi & Crispy Rice), Momoya 5 Inc. (d/b/a Happy Tuna Sushi & Crispy Rice), Momoya 4 Inc. (d/b/a Happy Tuna Sushi & Crispy Rice Soho), Kwang Ho Lee, and Jennifer Lee, jointly and severally, in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), which is inclusive of attorneys' fees and costs.

Dated:   March 6  , 2026

_____
            HON. RONNIE ABRAMS
       UNITED STATES DISTRICT JUDGE